No. 325. JOHN L. LEWIS, PRESIDENT OF THE UNITED MINE WORKERS OF AMERICA, ET AL. *v.* RED JACKET CONSOLIDATED COAL AND COKE COMPANY;

No. 326. THE INTERNATIONAL ORGANIZATION OF THE UNITED MINE WORKERS OF AMERICA ET AL. *v.* BORDERLAND COAL CORPORATION ET AL.;

No. 327. SAME *v.* ALPHA POCAHONTAS COAL COMPANY ET AL.;

No. 328. SAME *v.* AETNAE SEWELL SMOKELESS COAL COMPANY ET AL.;

No. 329. SAME *v.* DRY BRANCH COAL COMPANY ET AL.;

No. 330. SAME *v.* NELSON FUEL COMPANY ET AL.;

No. 331. SAME *v.* LEEVALE COAL COMPANY AND HOPKINS FORK COAL COMPANY;

No. 332. SAME *v.* SENG CREEK COAL COMPANY AND MORDUE COLLIERIES COMPANY;

No. 333. SAME *v.* RALEIGH-WYOMING COAL COMPANY, HAZY EAGLE COLLIERIES COMPANY ET AL.;

No. 334. SAME *v.* ANCHOR COAL COMPANY ET AL.;

No. 335. SAME *v.* STERLING BLOCK COAL COMPANY ET AL.; and

No. 336. SAME *v.* CARBON FUEL COMPANY ET AL. October 17, 1927. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Wm. A. Glasgow, Jr.,* and *Henry Warrum* for petitioners. *Messrs. Edgar L. Greever, Albert M. Belcher* and *Robert S. Spilman* for respondents.

———————

No. 338. GEORGE T. SHAW *v.* C. A. OWENS. October 17, 1927. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. F. W. Clements, Lawrence H. Cake* and *Sidney L. Herold* for petitioner. *Mr. Frank J. Looney* for respondent.